Petition for Writ of Mandamus Denied and Opinion filed January 30, 2003









Petition for Writ of Mandamus Denied and Opinion filed
January 30, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00076-CV

____________

 

IN RE MARTIN CARDENAS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On January 24, 2003, relator,
an inmate, filed a petition for writ of mandamus in this Court seeking to compel
the judge of the 179th District Court of Harris County to enter a nunc pro tunc order to reflect
credit for time served.  See Tex. Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied
and Opinion filed January 30, 2003.

Panel consists of
Chief Justice Brister and Justices Hudson and Fowler.